UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) ) ) | **FILED UNDER SEAL** |
| v. | ) ) ) | Civil Action No. |
| 939 SALEM STREET, LYNNFIELD,<br>MASSACHUSETTS, and 2900 NW 25th<br>TERRACE, BOCA RATON, FLORIDA,<br>Defendants. | ) ) ) ) ) | |

### VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

The United States of America, by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, in a civil action of forfeiture pursuant to Title 18, United States Code, Section 981, alleges that:

1. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355. Venue is appropriate pursuant to 28 U.S.C. § 1395.

2. The defendant properties are described as:

   a. the real property located at 939 Salem Street, Lynnfield, Massachusetts, including all buildings, appurtenances and improvements thereon, as described in more detail in a deed recorded at Book 15339, Page 207 among the land records of Essex County (South), Massachusetts; and

   b. the real property located at 2900 NW 25th Terrace, Boca Raton, Florida, including all buildings, appurtenances and improvements thereon, as described in more detail in a deed recorded at Book 20432, Page 1638 among the land records of Palm Beach County, Florida,

(collectively, the "Defendant Properties").

3. As detailed in the Affidavit of Special Agent Sandra J. Lemanski of the Internal Revenue Service, Criminal Investigation Division, attached as Exhibit A and incorporated herein

by reference, the Defendant Properties are subject to forfeiture to the United States as they constitute or are derived from proceeds traceable to gambling, in violation of 18 U.S.C. § 1955, and are therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C). In addition, there also is probable cause to believe that the Defendant Properties constitute property involved in transactions in violation of 18 U.S.C. §§ 1956 and/or 1957, and are therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

WHEREFORE, the United States of America prays:

1. That a warrant and monition, in the form submitted herewith, be issued to the Internal Revenue Service, commanding it to give notice to all interested parties to appear and show cause why the forfeiture should not be decreed;

2. That judgment of forfeiture be decreed against the Defendant Properties;

3. That thereafter, the Defendant Properties be disposed of according to law; and

4. For costs and all other relief to which the United States may be entitled.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney,

By: /s/ Kristina E. Barclay
KRISTINA E. BARCLAY
MARY B. MURRANE
Assistant United States Attorneys
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Date: 10-29-10

## VERIFICATION

I, Sandra J. Lemanski, Special Agent of the Internal Revenue Service, Criminal Investigation Division, state that I have read the foregoing Verified Complaint for Forfeiture *in Rem* and the attached affidavit, and that the contents thereof are true to the best of my knowledge, information, and belief.

*Sandra J. Lemanski*, Special Agent
Internal Revenue Service
Criminal Investigation Division

Date: 10/29/10

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                 Boston

Then personally appeared before me the above-named Sandra J. Lemanski, Special Agent of the Internal Revenue Service, Criminal Investigation Division, who acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn to before me this 29th day of October, 2010.

*Lisa J. Talbot*
Notary Public
My Commission Expires: May 13, 2016

LISA J. TALBOT
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
May 13, 2016

3