UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>)<br>v.                     )<br>)<br>939 SALEM STREET, LYNNFIELD,  )<br>MASSACHUSETTS, and 2900 NW 25th )<br>TERRACE, BOCA RATON, FLORIDA, )<br>        Defendants. ) | Civil Action No. 10-11845 PBS |

### WARRANT AND MONITION

To:   The Internal Revenue Service

<u>You Are Hereby Commanded</u> to give notice to all persons concerned that the attached Verified Complaint for Forfeiture *in Rem* (the "Complaint"), has been filed by the United States of America against the defendant real properties, which are described as:

    a.    the real property located at 939 Salem Street, Lynnfield, Massachusetts, including all buildings, appurtenances and improvements thereon, as described in more detail in a deed recorded at Book 15339, Page 207 among the land records of Essex County (South), Massachusetts (the "Lynnfield Property"); and

    b.    the real property located at 2900 NW 25th Terrace, Boca Raton, Florida, including all buildings, appurtenances and improvements thereon, as described in more detail in a deed recorded at Book 20432, Page 1638 among the land records of Palm Beach County, Florida (the "Boca Raton Property"),

(collectively, the "Defendant Properties"), pursuant to the provisions of 18 U.S.C. § 981.

This Court has found probable cause for forfeiture. Accordingly, you are hereby directed to serve, and give notice of, the Complaint by:

    (1)    Publishing notice of the United States' intent to forfeit the Defendant Properties via the government website www.forfeiture.gov, for thirty (30) consecutive calendar days;

(2)    Serving the Lynnfield Property by posting a copy of this Warrant and Monition and the Complaint upon it;

(3)    Serving the Boca Raton Property by posting a copy of this Warrant and Monition and the Complaint upon it; and

(4)    Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

| | |
|---|---|
| Robert H. Eremian<br>P.O. Box 3195<br>Beverly, MA 01915 | Lauren A. Eremian, Trustee<br>939 Salem Street<br>Lynnfield, MA 01940 |
| Robert H. Eremian<br>Crosbies Point<br>St. Johns<br>Antigua | James M. Merberg, Esquire<br>66 Long Wharf<br>Suite 4<br>Boston, MA 02110 |
| Lynnfield Tax Collector's Office<br>55 Summer Street<br>Lynnfield, MA 01940 | Tax Collector, Palm Beach County<br>P.O. Box 3715<br>West Palm Beach, FL 33402-3715 |

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the listed parties by hand.

You Are Further Commanded that pending further order of this Court, you are **not** to take possession of, seize, or otherwise take into custody the Defendant Properties described above and you are **not** responsible for the care or maintenance of the Defendant Properties during the pendency of this forfeiture action.

You Are Further Commanded, if you are granted permission by the owner or possessors of the Defendant Properties, to enter and forthwith conduct an inventory and inspection thereof.

You Are Further Commanded to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Defendant Properties, or assert that the Defendant Propertyies should not be condemned or disposed of pursuant to the prayer of the

Verified Complaint for Forfeiture *in Rem*. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT PROPERTIES MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY, UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN SIXTY (60) DAYS AFTER THE FIRST DAY OF PUBLICATION ON THE OFFICIAL GOVERNMENT FORFEITURE WEBSITE OR WITHIN THIRTY-FIVE (35) DAYS AFTER RECEIPT OF ACTUAL NOTICE, WHICHEVER IS EARLIER. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY, THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME AND ASSET FORFEITURE CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 CODE OF FEDERAL REGULATIONS, PART 9. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE INTERNAL REVENUE SERVICE, 10 CAUSEWAY STREET, ROOM 401,

BOSTON, MASSACHUSETTS 02222, ATTENTION ASSET FORFEITURE GROUP.

By: _____
Sarah A. Thornton, Clerk
U.S. District Court

Deputy Clerk
Date: 10/29/10, 2010

APPROVED AND SO ORDERED:

_____
United States District Judge

Date: 10/29, 2010