2011 JAN -5  P 3: 44

January 3, 2011

Clerk
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    <u>United States of America v. 939 Salem Street, Lynnfield, MA, and 2900 NW 25th Terrace, Boca Raton, Florida</u>
           Civil Action No. 10-11845-PBS

**Verified Statement of Interest (Pursuant to Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions-Rule C (6)(a)(i-iiii)).**

    PLEASE TAKE NOTICE that Robert H. Eremian asserts an ownership interest in the real property located at 2900 NW 25th Terrace, Boca Raton Florida having acquired said property on May 26, 2006 from Robert J. and Barbara A. Ireland, by warranty deed to Robert H. Eremian and Lauren Ann Eremian, husband and wife, as recorded in Book 20432 Page 1638 Palm Beach County Florida.

    I own the subject property described above with my wife Lauren Ann Eremian, and have the right to defend the above referenced civil action that seeks forfeiture of the property at 2900 NW 25th Terrace, Boca Raton Florida.

    Signed under the penalties of perjury this 3RD day of January 2011.

                                              Robert H. Eremian

cc:    Kristina Barclay, AUSA
        Office of the United States Attorney
        Asset Forfeiture Unit
        U.S. Courthouse, Suite 9200
        Boston, MA 02210