UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 10-11845-PBS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| PLAINTIFF | ) |
| V. | ) |
| | ) |
| 939 SALEM STREET, LYNNFIELD, | ) |
| MASSACHUSETTS, AND 2900 NW 25TH | ) |
| TERRACE, BOCA RATON, FLORIDA | ) |
| DEFENDANTS | ) |

## ANSWER TO COMPLAINT FOR JUDICIAL FORFEITURE

Robert Eremian, having filed a Verified Statement of Interest in this action, pursuant to Supplemental Rule For Certain Admiralty and Maritime Claims Rule C(6)(a)(i-iii), hereby Answers the Compliant for Forfeiture In Rem (the "Complaint").

Robert Eremian answers the allegations of the Complaint as follows:

1.     Admitted.

2.     Admitted.

3.     Robert Eremian has insufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 3, and calls upon the Plaintiff prove same, if material.  Therefore, allegations set forth in Paragraph 3 are denied.

AND FURTHER answering Robert Eremian raises the following numbered defenses to the government's forfeiture suit.

### First Defense

The Government lacks probable cause for the institution of this forfeiture action.

### Second Defense

The Government lacks sufficient evidence to establish that there is or was a substantial connection between the property seized and the offense(s) claimed.

### Third Defense

Robert Eremian is an "innocent owner" within the exemption from forfeiture provided in 18 U.S.C. § 983(d) and other applicable statutes.

### Fourth Defense

Robert Eremian is an innocent owner of the Boca Raton Property as defined in 18 U.S.C. §983(d), and owns a whole of the Boca Raton Property as a tenant by the entireties with Lauren Eremian, an innocent owner.  The Boca Raton Property, as a whole, is therefore exempt from forfeiture.

### Fifth Defense

The forfeiture is constitutionally excessive and violative of the Excessive Fines Clause of the Eighth Amendment of the Constitution.

ROBERT EREMIAM DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

WHEREFORE, ROBERT EREMIAN prays that this Honorable Court will:

1.  Dismiss the Government's Complaint, and enter a judgment in his favor;

2.      Deny issuance of a warrant and monition and/or judgment against the property located at 2900 NW 25th Terrace, Boca Raton, Florida; and

3.      Provide such other and further relief as the Court deems proper and just.

Respectfully submitted,
Robert Eremian
By his Attorney,

James Michael Merberg, Esquire
B.B.O. No. 343020
66 Long Wharf
Boston, Massachusetts 02110
Tel. (617) 723-1990
Jbrb127@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January 2011, a copy of the foregoing Answer and Notice of Appearance was delivered electronically to Kristina E. Barclay, Assistant United States Attorney, United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02110.

James Michael Merberg