UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>939 SALEM STREET, LYNNFIELD,<br>MASSACHUSETTS, and 2900 NW 25th<br>TERRACE, BOCA RATON, FLORIDA,<br>    Defendants.<br><br>LAUREN ANN EREMIAN, and<br>ROBERT H. EREMIAN,<br>    Claimants. | )<br>)<br>)<br>)  Civil Action No. 10-11845-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

The United States of America, by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, Lauren Ann Eremian, by her attorneys, Cristofer A. Bennardo and Michelle Mannix, and Robert A. Eremian, by his attorney, James M. Merberg submit this Joint Statement pursuant to Local Rule 16.1.

1. The parties certify that they have conferred pursuant to Local Rule 16.1(B).

2. The parties propose the following schedule for discovery events and the filing of pre-trial motions:

  a. The United States shall serve and file any motions to strike claims by April 22, 2011;

  b. Oppositions to motions to strike claims shall be served and filed by May 13, 2011;

  c. Fourteen days after the court issues its decision on any motions to strike, claimant Lauren Ann Eremian shall serve and file any motion to transfer venue. If no such motion is filed, then fact discovery shall commence;

  d. Oppositions to any motion to transfer venue shall be filed and served two

      weeks after service of the motion to transfer venue;

e. Fact discovery shall commence as of the date the Court issues a decision on any motion to transfer venue, or if no motion to transfer venue is filed, within fourteen days after the Court issues its decision on any motions to strike;

f. Fact discovery shall conclude six months after its commencement date, as detailed above, meaning that all depositions shall be taken and discovery requests served to allow time for responses to be timely served within the six month period;

g. Any dispositive motions shall be served and filed within thirty days after fact discovery concludes;

h. Any oppositions to dispositive motions shall be served and filed within thirty days after the motion is filed.

3. In the event the case is not settled or resolved by dispositive motion, the parties would seek an additional Scheduling Conference with respect to further conduct of the case.

4. At this time, the parties do not consent to trial by magistrate judge.

Respectfully submitted,

| | |
|---|---|
| CARMEN M. ORTIZ<br>United States Attorney, | LAUREN ANN EREMIAN,<br>By Her Attorney, |
|  /s/ Mary B. Murrane<br>By:  Mary B. Murrane<br>      Kristina E. Barclay<br>      Assistant U.S. Attorneys<br>      U.S. Attorney's Office<br>      1 Courthouse Way, Ste. 9200<br>      Boston, MA 02210<br>      (617) 748-3100<br>      mary.murrane@usdoj.gov<br>      kristina.barclay@usdoj.gov |  /s/ Cristofer A. Bennardo<br>Cristofer A. Bennardo (*admitted pro hoc*)<br>Bennardo & Bennardo<br>1860 N.W. Boca Raton Blvd.<br>Boca Raton, FL 33432<br>(561) 368-4988<br>cb@bennardolaw.com<br><br>Michelle Mannix, BBO# 564670<br>P.O. Box 6387<br>Boston, MA 02114<br>(617) 593-5298<br>michmannix@hotmail.com |

ROBERT H. EREMIAN,
By His Attorney,


 /s/ James Michael Merberg
James Michael Merberg, BBO# 343020
66 Long Wharf
Boston, MA 02210
(617) 723-1990
JBRB127@aol.com


Dated: March 22, 2011